# MUTUAL LIFE INS CO OF BALTIMORE v KELLY

Ohio Appeals, 5th Dist, Muskingum Co

Decided March 28, 1934

Frazier & Holliday, Zanesville, and J. W. Giffin, Zanesville, for plaintiff in error.

Graham & Graham, Zanesville, for defendant in error.

For full opinion see 3 OO 226; 49 Oh Ap 319.